This court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 82.]

ALVIENA MICHEL, as Administratrix of the Estate of EUGENE MICHEL, Deceased, Respondent, v. CITY OF TROY et al., Appellants.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 682; *post*, pp. 837, 957.]

SANFORD ALLEN, Appellant, v. HANS WEISS et al., Respondents.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 91.]

ORANGE COUNTY TRUST COMPANY, Plaintiff, v. MERCHANTS ACCEPTANCE CORPORATION, Respondent, and MIDDLETOWN AUTO DISTRIBUTORS, INC., Defendant and Third-Party Plaintiff. JAMES H. WILCOX et al., Doing Business as WILCOX USED CARS, Third-Party Defendants-Appellants.— Present — Foster, P. J., Heffernan, Brewster. Bergan and Coon, JJ. [See *ante*, p. 689.]

In the Matter of HARRY F. DUNKEL, Respondent, against HENRY ROGERS, as County Treasurer of Hamilton County, et al., Appellants.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 44.]

MONTGOMERY WARD & CO., INCORPORATED, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 85.]

MARY M. KENNEDY, Respondent, v. MILNER HOTELS, INC., Appellant.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 693.]

In the Matter of the Claim of BETTY H. O. MALLETTE, Respondent, against HUBBS & HASTINGS PAPER CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—